PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Southern District of Ohio

UNITED STATES OF AMERICA

v.                                                    Crim. No.   CR 1-02-139

DeYonda D. Barry

On ____February 19, 2003____ the above named was placed on probation/supervised release for a period of

__three__ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised

release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be

discharged from supervision.

Respectfully submitted,

_David J. Bachman_
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision

and that the proceedings in the case be terminated.

Dated this ___5th___ day of ___May___, 20 05.

_____
United States District Judge